Joseph Lavi, Esq. (SBN 209776)
Vincent C. Granberry, Esq. (SBN 276483)
Jeffrey D. Klein, Esq. (SBN 297296)
Daniel C. Keller, Esq. (SBN 332576)
**LAVI & EBRAHIMIAN, LLP**
8889 W. Olympic Boulevard, Suite 200
Beverly Hills, California 90211
Telephone: (310) 432-0000
Facsimile: (310) 432-0001
Email: jlavi@lelawfirm.com
        vgranberry@lelawfirm.com
        jklein@lelawfirm.com
        dkeller@lelawfirm.com

Attorneys for Plaintiff SIMON DELGADO,
on behalf of himself and others similarly situated

Todd B. Scherwin (SBN 239848)
    E-Mail:  tscherwin@fisherphillips.com
Landon R. Schwob (SBN 280908)
    E-Mail: lschwob@fisherphillips.com
Danielle S. Zobel (SBN 305311)
    E-Mail:  dzobel@fisherphillips.com
Deborah A. Hedley (SBN 276826)
    E-Mail: dahedley@fisherphillips.com
Kyle J. Ignatius (SBN 348857)
    E-Mail: kignatius@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile:  (213) 330-4501

Attorneys for Defendant
HD SUPPLY MANAGEMENT, LLC

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON DELGADO, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>HD SUPPLY MANAGEMENT, LLC.; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-02709-DJC-CKD<br><br>(Yolo County Superior Court Case No. CV2025-1476)<br><br>**CLASS ACTION**<br><br>**STIPULATION TO STAY CASE PENDING MEDIATION AND ORDER** |

**STIPULATION TO STAY CASE AND ORDER**

**1**

## STIPULATION

The parties, Plaintiff SIMON DELGADO ("Plaintiff"), on the one hand, and Defendant HD SUPPLY MANAGEMENT, LLC ("Defendant"), on the other (collectively, the "Parties") hereby agree and stipulate as follows:

**WHEREAS**, Plaintiff filed this putative class action on May 20, 2025, and Defendant removed it to this Court on September 19, 2025;

**WHEREAS**, on July 25, 2025, Plaintiff filed a Private Attorneys General Act ("PAGA") action in Alameda County Superior Court, Case No. 25CV133705 (the "PAGA Action");

**WHEREAS**, the Parties have agreed to mediate both the instant matter and the PAGA Action, and have scheduled a mediation with Todd Smith on August 14, 2026, at which they will seek to resolve both matters;

**WHEREAS**, in an effort to conserve the Court's and Parties' time and resources and to permit the parties to focus their efforts on preparations for the aforementioned mediation, the Parties agree that this case, including all formal discovery and Court proceedings, should be stayed until after the mediation;

**NOW, THEREFORE, IT IS HEREBY STIUPULATED,** by and between the Parties hereto, subject to the Court's approval, that:

1. Any further hearing in this matter shall be continued to a date after August 14, 2026 mediation, subject to the Court's availability;

2. All proceedings in this action, including formal discovery, shall be stayed until the mediation, to be conducted on August 14, 2026 or, if the mediation needs to be rescheduled due to reasonable and/or good faith reasons, until such rescheduled date;

3. If such mediation is unsuccessful/does not result in a resolution of the matter, or if either Party cancels the mediation, the stay will be automatically lifted after the close of the mediation or the date of the cancellation, and all discovery deadlines will be re-set to 30 days after the lifting of the stay;

**IT IS SO STIPULATED.**

Dated: February 2, 2026                    **LAVI & EBRAHIMIAN, LLP**


By:        _/s/ Daniel C. Keller_
           Joseph Lavi, Esq.
           Vincent C. Granberry, Esq.
           Jeffrey D. Klein, Esq.
           Daniel C. Keller, Esq.
           Attorneys for Plaintiff
           SIMON DELGADO, on behalf of himself and
           others similarly situated


Dated: February 2, 2026                    **FISHER & PHILLIPS LLP**


By:        _/s/ Kyle J. Ignatius_
           Todd B. Scherwin, Esq.
           Landon R. Schwob, Esq.
           Danielle S. Zobel, Esq.
           Deborah A. Hedley, Esq.
           Kyle J. Ignatius, Esq.
           Attorneys for Defendant
           HD SUPPLY MANAGEMENT, LLC

### ORDER

The Court, having reviewed the foregoing Stipulation of the Parties, and good cause appearing, hereby **ORDERS** as follows:

1. All proceedings in this action, including formal discovery, are **STAYED** until the mediation, to be conducted on August 14, 2026 or, if the mediation needs to be rescheduled due to reasonable and/or good faith reasons, until such rescheduled date;

2. If such mediation is unsuccessful/does not result in a resolution of the matter, or if either Party cancels the mediation, the stay will be automatically lifted after the close of the mediation or the date of the cancellation, and all discovery deadlines will be reset to 30 days after the lifting of the stay;

3. The parties shall file a joint status report within fourteen (14) days after the completion or cancellation of mediation.

**IT IS SO ORDERED.**

Dated: February 2, 2026                    /s/ Daniel J. Calabretta
                                           THE HONORABLE DANIEL J. CALABRETTA
                                           UNITED STATES DISTRICT JUDGE